IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00353-LTB-PAC

WENDELL TODD JONES,

    Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

Having reviewed the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254, the Respondents' Answer, and Mr. Jones' Traverse, it is

HEREBY **ORDERED** that **on or before November 1, 2005**, the Clerk of the Denver District Court, State of Colorado, shall file a copy of the state court record, including hearing and trial transcripts, with the Clerk of the United States District Court, 901 19th St., Denver, CO 80294, in the following action:

    The People of the State of Colorado v. Wendell Todd Jones
    Criminal Action No. 88-CR-707

The Clerk is requested to advise the undersigned's chambers, at (303) 844-4892, of any necessary delays in filing the state court record in this court.

IT IS **FURTHER ORDERED** that the Clerk of the Court shall mail copies of this Order to the following:

>Kevin Kroeger
>Denver District Court
>1437 Bannock St., Rm. 38
>Denver, Colorado 80202
>
>Keith Criswell
>Denver District Court
>1437 Bannock St. Rm. 256
>Denver, Colorado 80202

Dated September 27, 2005.

>BY THE COURT:
>
>s/ Patricia A. Coan
>PATRICIA A. COAN
>United States Magistrate Judge