IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00353-LTB-PAC

WENDELL TODD JONES,

       Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Chief Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this   9th   day of June, 2006.

       BY THE COURT:

       s/Lewis T. Babcock
       CHIEF JUDGE, UNITED STATES DISTRICT
       COURT FOR THE DISTRICT OF COLORADO