IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00353-LTB-PAC

WENDALL TODD JONES,

    Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 2, 2015, Applicant filed a Motion to Set Aside, Vacate Judgment. ECF No. 53. This case was dismissed on the merits. The dismissal was affirmed by the Tenth Circuit on March 2, 2007. Any new claim Applicant raises regarding the validity of the conviction in the state criminal case at issue in this case now is improperly filed in this case. The Motion, therefore, is denied.

    Also, the Honorable Laurie A. Booras's Motion to Withdraw as Attorney, ECF No. 54, is granted. The Court acknowledges John J. Fuerst's entry of appearance for all subsequent responsibilities.

Dated:  October 5, 2015