IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00353-LTB-PAC

WENDALL TODD JONES,

    Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 13, 2015, Applicant filed a pleading titled, "Motion Request Judge To Recusal of Himself/Objection," ECF No. 56.   This case was dismissed on the merits. The dismissal was affirmed by the Tenth Circuit on March 2, 2007.   The case no longer is pending before this Court and a request for recusal at this time is inappropriate.   The Motion, therefore, is denied.   Any further inappropriate motions filed in this case will be subject to being stricken.

Dated:   October 16, 2015