IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00353-LTB-PAC

WENDALL TODD JONES,

    Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 28, 2015, Applicant filed a Motion for Reconsideration, ECF No. 59. In the Motion, Applicant challenges the validity of his conviction and asks for appointment of counsel.   This case was dismissed on the merits.   The dismissal was affirmed by the Tenth Circuit on March 2, 2007.   A motion for reconsideration and appointment of counsel are inappropriately filed in this case at this time.   Applicant was warned in the Court's October 5, 2015 Minute Order that any further inappropriate motions filed in this case would be subject to being stricken.   The Clerk of the Court, therefore, is directed to strike the Motion for Reconsideration, ECF No. 59.

Dated:   November 2, 2015